UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:09-CR-307-FL
Civil No. 5:11-CV-582-FL

BRIAN JOHNSON,                    )
                    Petitioner,   )
                                  )
        v.                        )                    O R D E R
                                  )
UNITED STATES OF AMERICA,         )
                    Respondent.   )

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules

Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the

United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255

Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion

to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This the 28th day of October, 2011..

_____
Louise W. Flanagan
United States District Judge